**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-6552**

———————

CLARENCE LYLES,

                                    Plaintiff - Appellant,

        versus

WILLIE SCOTT, Warden; GADDY LASSITER; S.
KNIGHT, Health Administrator; WAYNE H.
CALABRESE,

                                    Defendants - Appellees,

        and

WACKENHUT CORRECTIONAL CORPORATION,

                                    Defendant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge. (5:03-cv-176-BO)

———————

Submitted: September 28, 2006        Decided: October 6, 2006

———————

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Clarence Lyles, Appellant Pro Se.  James Redfern Morgan, Jr.,
WOMBLE, CARLYLE, SANDRIDGE & RICE, P.L.L.C., Winston-Salem, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Lyles appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. <u>See</u> <u>Holly v. Scott</u>, 434 F.3d 287 (4th Cir. 2006) (<u>Bivens</u> action may not be brought against individual officers in a privately-run federal correctional facility such as Rivers Correctional Institution). Accordingly, we affirm the district court's order dismissing Lyles' complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>